1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RANDY DEAN PIERCE,

11              Petitioner,              No.  2:12-cv-0506 GGH P

12         vs.

13   R.H. TRIMBLE,

14                                        <u>ORDER</u>
               Respondent.
15   _____/

16         Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  By order of September 17, 2012, respondent's motion to

18   dismiss was granted in part, and claims one, two, three and four were dismissed as untimely.

19   Petitioner was informed of the deficiencies in his actual innocence claim and granted twenty-one

20   days in which to file further briefing regarding this claim.  Petitioner was warned that failure to

21   file the required briefing would result in dismissal of that claim as well as the petition.  (Dkt. no.

22   19.)  Petitioner then received two extensions of time, with his briefing due within thirty days of

23   the latest November 27, 2012 order.  At that time, petitioner was informed that no further

24   extensions of time would be granted.  (Dkt. no. 24.)

25         Petitioner has not filed further briefing.  For the reasons stated in this court's

26   September 17, 2012 order, IT IS ORDERED that:

                                        1

1.  Petitioner's actual innocence claim is dismissed;

2.  This action is dismissed.

3.  A certificate of appealability should not issue.[1]

DATED: February 13, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: 076/pier0506.dis.wpd

---

[1]  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). For the reasons set forth in this court's September 17, 2012 order, petitioner has not made a substantial showing of the denial of a constitutional right.