UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DEAN PIERCE, | No. 2:12-cv-0506 GGH P |
| Petitioner, | |
| v. | ORDER |
| R. H. TRIMBLE, | |
| Respondent. | |

This petition for writ of habeas corpus was denied on October 15, 2013, and judgment entered accordingly. Petitioner's filing, entitled traverse, filed on October 24, 2013, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.[1]

IT IS SO ORDERED.

Dated: November 5, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

---

[1] The docket in this case reflects that the court has been more than generous in granting extensions of time to petitioner even to the point of reopening this previously closed case pursuant to Fed.R.Civ.P 60(b). See Docket # 28. By this latest filing, petitioner attempts to raise new issues as if he has a right to continue this proceeding as long as he can belatedly conceive of more issues. The court declines to once again invoke Rule 60(b) on behalf of petitioner. Judgment was entered and the case is closed in the district court.

1